THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH FREDERICKS, Appellant. [725 NYS2d 586] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wyoming County Court, Dadd, J.— Attempted Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LAUREANO, Appellant. [725 NYS2d 584] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Promoting Prison Contraband, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHIKE McCLAIN, Appellant. [725 NYS2d 585] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO PORTER, Appellant. [725 NYS2d 585] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Rape, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW SAWYER, Appellant. [725 NYS2d 585] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.